Bryan Stanford 55855-018
Name and Prisoner Number/Alien Registration Number

USP-Tucson
Place of Confinement

PO Box 24550
Mailing Address

Tucson, AZ. 85734
City, State, Zip Code

___ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT - 2 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Bryan Stanford
(Full Name of Petitioner)

Petitioner,

vs.

Warden Sharrle
(Name of Warden, Jailor or authorized person having custody of Petitioner)

Respondent.

CASE NO. CV17-0486 TUC DCB LAB
(To be supplied by the Clerk)

PETITION UNDER 28 U.S.C. § 2241
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY

## PETITION

1. What are you challenging in this petition?
   ☐ Immigration detention
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Probation, parole or supervised release
   ☒ Other (explain): Actual & Factual Innocence of Statutorily Ineligible Term/Sentence

2. (a) Name and location of the agency or court that made the decision you are challenging: U.S. District Court - Middle District of Florida - Tampa Division

   (b) Case or opinion number: 8:11-CR-00560-JDW-AEP-1

   (c) Decision made by the agency or court: 190 months w/ 60 months consecutive

Revised 3/9/07

1

530

(d) Date of the decision: 9-4-2012

3. Did you appeal the decision to a higher agency or court?   Yes ☐   No ☑

If yes, answer the following:

(a) First appeal:

   (1) Name of the agency or court: _____

   (2) Date you filed: _____

   (3) Opinion or case number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal:

   (1) Name of the agency or court: _____

   (2) Date you filed: _____

   (3) Opinion or case number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c) Third appeal:

   (1) Name of the agency or court: _____

   (2) Date you filed: _____

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

4. If you did not appeal the decision to a higher agency or court, explain why you did not: The State priors had NOT been deemed divisible in time for my direct appeal

_____

_____

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?   Yes ☐   No ☑

If yes, answer the following:

(a) Name of the agency or court: _____

(b) Date you filed: _____

(c) Opinion or case number: _____

(d) Result: _____

(e) Date of result: _____

(f) Issues raised: _____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

6. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

GROUND ONE: Actually and Factually Innocent of Statutorily Ineligible Sentence, as Trafficking prior, is not an usuable enhancement for ACCA

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner avers that his State of Florida "Trafficking" prior is not an usuable enhanceable prior to count as a 3rd Felony drug offense to meet the ACCA enhancement, as it is divisible and as such does not qualify as an enhancement. Petitioner further posits that he is actually and factually innocent of a statutorily ineligible sentence and judgement, due to a lack of enhanceable prior's, due to the divisibility, nor has he had an unobstructed procedural shot to argue this issue.

(b) Did you exhaust all available administrative remedies relating to Ground One?   Yes ☐   No ☑

(c) If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why: Actual & Factual Innocence not available on admin. remedies.

**GROUND TWO:** _N/A_

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

(b) Did you exhaust all available administrative remedies relating to Ground Two?   Yes ☐   No ☐

(c) If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:

_____

**GROUND THREE:** N/A

___

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

___

(b) Did you exhaust all available administrative remedies relating to Ground Three?   Yes ☐   No ☐

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☐ Other: ___

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:

___

GROUND FOUR: _____N/A_____

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) Did you exhaust all available administrative remedies relating to Ground Four?   Yes ☐   No ☐

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☐ Other:_____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

Please answer these additional questions about this petition:

7. Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☑  No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

   If yes, answer the following:

   (a) Have you filed a motion under 28 U.S.C. § 2255?   Yes ☐   No ☑

      If yes, answer the following:

      (1) Name of court: _____

      (2) Case number: _____

      (3) Opinion or case number: _____

      (4) Result: _____

      (5) Date of result: _____

      (6) Issues raised: _____
      _____
      _____

      **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (b) Explain why the remedy under § 2255 is inadequate or ineffective: *This is not newly discovered evidence, nor is it a new retroactive Supreme Court case. Petitioner is actually and factually innocent of a statutorily ineligible sentence he could not raise the issue on his direct appeal or initial 2255.*

8. If this case concerns immigration removal proceedings, answer the following:

   (a) Date you were taken into immigration custody: _____

   (b) Date of removal or reinstatement order: _____

   (c) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

      (1) Date you filed: _____

      (2) Case number: _____

8

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____
_____
_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(d) Did you file an appeal with the federal court of appeals?    Yes ☐    No ☐

(1) Name of the court: _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____
_____
_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9. Petitioner asks that the Court grant the following relief: Vacate his statutorily ineligible sentence and judgement.

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on X 9-27-17 (month, day, year).

X _[signature]_
**Signature of Petitioner**

_____      X  9-27-17
Signature of attorney, if any                          Date

9