SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Stanford, | No.  CV 17-00486-TUC-DCB (LAB) |
| Petitioner, | |
| v. | **ORDER** |
| Warden Shartle, | |
| Respondent. | |

Petitioner Bryan Stanford, who is confined in the U.S. Penitentiary in Tucson, Arizona, has filed a pro se Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody and an Application to Proceed In Forma Pauperis (Doc. 2).

**I.   Application to Proceed In Forma Pauperis**

Local Rule of Civil Procedure 3.5(b) requires payment of the $5.00 statutory filing fee if a petitioner has more than $25.00 in his inmate account.  Petitioner's Application to Proceed indicates that he currently has $313.75 in his inmate account.  Accordingly, the Court will deny the Application to Proceed and will give Petitioner 30 days to pay the $5.00 filing fee.  If Petitioner fails to pay the $5.00 filing fee within 30 days, the Petition for a Writ of Habeas Corpus will be dismissed.

**II.   Warnings**

    **A.   Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with

**JDDL**

Rule 83.3(d) of the Local Rules of Civil Procedure.  Petitioner must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

### B. Copies

Petitioner must submit an additional copy of every filing for use by the Court.  LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Petitioner.

### C. Possible Dismissal

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Petitioner's Application to Proceed In Forma Pauperis (Doc. 2) is **denied**.

(2) Within 30 days of the date this Order is filed, Petitioner must pay the $5.00 filing fee.

(3) If Petitioner fails to pay the $5.00 filing fee, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Petitioner and deny any pending unrelated motions as moot.

Dated this 16th day of October, 2017.

Honorable David C. Bury
United States District Judge

- 2 -

JDDL